BELLOWS *v.* BELLOWS.

There is no constitutional right of trial by jury in proceedings in equity.

BILL IN EQUITY, referred by order of court. On the return of the report the plaintiff elected a trial by jury. The court ruled that the plaintiff was not entitled of right to a jury trial, and ordered a decree for the defendant, to which the plaintiff excepted.

*J. Benton* and *W. Heywood*, for the plaintiff.

*Ray & Drew*, for the defendant.

STANLEY, J. In proceedings in equity the parties have no constitutional right of trial by jury. *Copp* v. *Henniker*, 55 N. H. 179, 210, 211; *Perkins* v. *Scott*, 57 N. H. 55, 81–84. The court was therefore right in denying the plaintiff's motion, and

*The exception must be overruled.*